FILED

10/27/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0206

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0206

_____

STATE OF MONTANA,

      Plaintiff and Appellee,

v.                                                                    O R D E R

MICHAEL HENRY DITTON,

      Defendant and Appellant.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to Michael Henry Ditton, to all counsel of record, and to the Honorable Rienne H. McElyea, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 27 2021